IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1253-JLK**

**ASSURITY FINANCIAL SERVICES, LLC, a Colorado limited liability company,**

       Plaintiff,

v.

**HOME MORTGAGE SOLUTIONS, INC., a Colorado corporation,**

       Defendant.

**ORDER**

Kane, J.

       Plaintiff's Motion to Enter a Settlement Agreement as an Order of Court (doc. #4), filed September 12, 2007, is DENIED. The agreement itself requires continuing duties and obligations such as to prevent final judgment and require the court to exercise continuing jurisdiction. In addition, paragraph 21 of the settlement agreement provides for choice of forum to include both this court and the state district court. A settlement agreement is itself a contract that can be enforced through court processes or arbitration and, because both parties are Colorado residents, there is no diversity of citizenship and no federal issues requiring or authorizing federal jurisdiction. This court will accept a dismissal of this action and enter judgment of dismissal, but it will not incorporate this settlement agreement into its orders.

       Dated this 20th day of September, 2007.

                                              BY THE COURT:

                                              ***S/John L. Kane***
                                              Senior Judge, United States District Court