IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1253-JLK**

**ASSURITY FINANCIAL SERVICES, LLC, a Colorado limited liability company,**

       Plaintiff,

v.

**HOME MORTGAGE SOLUTIONS, INC., a Colorado corporation,**

       Defendant.

# ORDER OF DISMISSAL

Kane, J.

Pursuant to Plaintiff's Notice of the Dismissal (doc. #6), filed September 20, 2007, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 21st day of September, 2007.

       BY THE COURT:

       *S/John L. Kane*
       JOHN L. KANE, SENIOR JUDGE
       UNITED STATES DISTRICT COURT